UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 13, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROXANNE LEE CASTILLO,<br><br>    Defendant. | Case No. 2:25-mj-00098-AC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ROXANNE LEE CASTILLO,

Case No. 2:25-mj-00098-AC , Charge 18 U.S.C. § 641, from custody for the following reasons:

   x   Release on Personal Recognizance

        Bail Posted in the Sum of $ _____

        Unsecured Appearance Bond $ _____

        Appearance Bond with 10% Deposit

        Appearance Bond with Surety

        Corporate Surety Bail Bond

   x   (Other):  Released forthwith with terms as stated on the record. Defendant must report telephonically to the Pretrial Services Agency on the first working day following release.

Issued at Sacramento, California on August 13, 2025, at 2:15 PM.

By:  _/s/ Sean C. Riordan_____

Magistrate Judge Sean C. Riordan